**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lorenzo Francisco RAMIREZ–MENDEZ, Defendant–Appellant.**

**No. 07–51502**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 9, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Angelina Lugo, Law Office of Angelina Lugo, El Paso, TX, for Defendant–Appellant.

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Lorenzo Francisco Ramirez–Mendez

raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.